FILED
CHARLOTTE, NC

JUL 0 6 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
## for the

)
)
Rysuon Shabarewis Norris )
_Petitioner_ )
)
)
v. )  Case No.  3:25 cr 68-MOC
)  _(Supplied by Clerk of Court)_
)
)  3:26-cv-546-MOC
U.S. Marshals   Warden Thomas )
_Respondent_
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.     (a) Your full name: Rysuon Shabarewis Norris

       (b) Other names you have used: _____

2.     Place of confinement:

       (a) Name of institution: Irwin County Detention Center

       (b) Address: 134 Cotton Dr. 31774 GA, OCilla

       (c) Your identification number: 0005364

3.     Are you currently being held on orders by:

       ☑ Federal authorities      ☐ State authorities      ☐ Other - explain: _____

4.     Are you currently:

       ☑ A pretrial detainee (waiting for trial on criminal charges)

       ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

         If you are currently serving a sentence, provide:

           (a) Name and location of court that sentenced you: _____

           (b) Docket number of criminal case: 3:25 cr 68-MOC

           (c) Date of sentencing: _____

       ☐ Being held on an immigration charge

       ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5.     What are you challenging in this petition:

       ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☑ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

_____

_____

6.   Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: United States District court for the Western District of North Carolina charlotte Division

(b) Docket number, case number, or opinion number: 3:25 cr 68-MOC

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

_____

_____

_____

(d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.   **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes        ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8.   **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes        ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

_____

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

_____

10.   **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____
_____
_____
_____
_____
_____

(b)      Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____
_____
_____
_____
_____

(c)      Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _I have not been convicted or sentenced_
_____
_____
_____
_____
_____

11.     **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a)      Date you were taken into immigration custody: _____

(b)      Date of the removal or reinstatement order: _____

(c)      Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☑ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes　　　　　☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes　　　　　☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner Has Received Ineffective Assistance Of Counsel In Violation Of The United States Constitution.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Counsel filed on improper motion To Suppress. Counsel's proper motion to suppress was under 18 USC 3.3501 as; Petitioner was searched, interrogated, and arrested by federal authorities and not promptly presented to a Magistrate Also in violation of Rule 5(a).

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes ☒ No

**GROUND TWO:** Petitioner's Constitutional Rights Were Violated Under The Speedy Trial Act As He Was Arrested by Federal Agents and detained, and indicted by not tried within 70 days as required by 18 USC 3.3161.(C).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner Was arrested on February 2, 2025 by U.S. Probation officers pursuant to a search. Petitioner was not promptly presented to a magistrate as required and was interrogated and evidence received in violation of 18 USC 3.3501(C).

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☒ No

**GROUND THREE:** Petitioner's Due Process Rights Were Violated As There Were Collusion between state and federal agents to violate The prompt appearance rule and the Speedy Trial Act.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The federal agents had an improper arrangement with state authorities to obtain Petitioner to avoid Rule 5(a) of the Fed. R. Crim. P. and to avoid the Speedy Trial Act.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☒ No

Case 3:26-cv-00546-MOC    Document 1    Filed 07/06/26    Page 6 of 8

**GROUND FOUR:** Petitioner Was Denied Due Process Of Law When The Indictment Is Duplicitious.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner's indictment alleges that Petitioner knowing he had previously been convicted of an offense punishable by more than one year in violation of 18 U.S.C. 3922(g)(1) then duplicates the same knowing element in the single count of possessing a firearm. Tho requires Dismissal of the indictment.

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☑ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

_____

_____

_____

**Request for Relief**

15.  State exactly what you want the court to do: Petitioner requests this Honorable Court Issue an order setting an evidentiary to determine the constitutionality of his restraint and why counsel's performance failed below an objective standard of reasonableness. Petitioner further requests the indictment be dismissed he be immediatly discharged.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

*June 24, 2026*

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: *06/24/2026*

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*